# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>TIMOTHY A. JENNINGS<br><br>_____<br>*Defendant(s)* | )<br>)<br>) Case No. 3:20-MJ-1000<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 31, 2019__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:

Please see the Affidavit of Specail Agent Emily Ciaravino, Federal Bureau of Investigation, which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Emily Ciaravino, Speacial Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/02/2020

*Judge's signature*

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

CASE NUMBER 3:20-MJ-1000

I, Emily L. Ciaravino, being duly sworn, depose and state the following to be true to the best of my knowledge, information, and belief:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since January 6, 2019. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since January 2019. I am an "Investigative or Law Enforcement Officer" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code. My primary duties and responsibilities involve the investigation of violations of federal law including violent crime as found in Title 18 of the United States Code and the Controlled Substances Act as found in Title 21 of the United States Code. I am currently assigned to the Knoxville Field Off of the FBI and am assigned to the Violent Crime Squad. During my tenure as a Special Agent, I have investigated crimes including, but not limited to, bank robbery, gangs and organized crime, violent crimes against children, narcotics trafficking, and fugitive investigations. More specifically, I have conducted physical surveillance, assisted in the execution of search warrants, analyzed phone and internet records, and conducted arrests of criminal subjects. I have also spoken to confidential human sources, suspects, defendants, witnesses, and other experienced investigators concerning the methods and practices of the criminal element. I have received training and have experience in interviewing and interrogation techniques, arrest procedures, search and seizure, search warrant applications, and various other crimes and investigative techniques. Prior to joining the FBI, I was a Detective in the Criminal Investigations Division of

1

the Roane County Sheriff's Office in Roane County, Tennessee. I served Roane County as a Detective for three and a half years and a patrol officer for two years. Throughout that time, I drafted, executed and participated in several search warrants regarding social media accounts, electronic devices, vehicles, and other property.

2. Except as noted, all of the information contained in this affidavit is either known to me personally or has been told to me by other law enforcement officials. As is detailed below, there is probable cause to believe that, on December 31, 2019, Timothy Allen Jennings robbed the Tennessee State Bank, located at or near 3314 Chapman Highway, Knoxville, Tennessee 37920. This affidavit is being offered in support of a criminal complaint against Timothy Jennings.

3. On December 31, 2019, the Tennessee State Bank, located at or near 3314 Chapman Highway, Knoxville, Tennessee, which is within the Eastern District of Tennessee, was robbed. At approximately 4:50 p.m., a lone white male with tan skin, approximately 6'0" tall, wearing a dark colored knit hat, black jacket, grey shirt with black undershirt, and jeans entered the bank and approached the first teller he encountered, and asked if the bank was closed. This person was later identified as Timothy A. Jennings (hereinafter "Jennings"). The first teller replied, "no" and motioned Jennings to the next bank teller. Jennings handed the second victim teller, whose identity is known to law enforcement, two (2) five dollar bills and stated that he needed quarters. The second victim teller retrieved the quarters and placed them on the counter, at which time Jennings placed a handwritten note on the counter. The note said something similar to, "Be calm, give me the money and I'm leaving. Don't do nothing stupid." The second victim teller complied, giving Jennings approximately $1,390.00 in United States currency from

2

the top drawer of the teller station. Jennings took the money and left the bank through the same door he had entered.

4. Good quality surveillance photographs, which captured the robbery in progress were obtained. Two of those photographs are attached as Attachment A. Surveillance photographs of Jennings were released to the public by law enforcement via social media. Shortly after the photos were released to the public, law enforcement received a tip, from an individual whose identity is known to law enforcement, identifying the subject as Timothy Jennings. After viewing a booking photo of Jennings from a previous arrest, law enforcement determined Jennings appeared to be the same person in the bank surveillance photographs. Attachment B is a booking photograph of Jennings.

5. Later on December 31, 2019 and after the above tip was received, Knoxville Police Department (KPD) officers responded to a warrant service call from the Tennessee Bureau of Investigation (TBI) regarding a denied firearm background check at Crossroads Firearms LLC., located at or near 5703 N. Broadway, Knoxville, Tennessee 37920. Crossroads Firearms LLC is approximately ten miles from the Tennessee State Bank that was robbed. A female, identified as Jessica Guinn, was attempting to purchase a firearm, but was denied due to an active arrest warrant. A male subject, identified as Timothy Jennings, was with Guinn at the time of the attempted firearm purchase.

6. Jennings initially provided police officers a false name and social security number. Among his personal affects, Jennings had a photo identification, which officers utilized to positively identify Jennings. Jennings was wearing a grey sweatshirt, black under shirt, jeans, and grey athletic shoes. This clothing appeared to be the same or similar to the clothing worn by

the bank robber captured on the bank security video. Jennings had approximately $1,180.00 of U.S. currency on his person.

7. Jennings was transported to the Knoxville Police Department where he was interviewed after being advised of his rights. Jennings confessed to robbing the Tennessee State Bank and stated he needed the money to pay off a drug debt to several threats made to him and his girlfriend.

8. At the time of the robbery on December 31, 2019, the deposits of the Tennessee State Bank, located at or near 3314 Chapman Highway, Knoxville, Tennessee were insured by the Federal Deposit Insurance Corporation (FDIC).

9. Based upon the forgoing, there is probable cause to believe that Timothy Allen Jennings violated Title 18, United States Code, Section 2113(a) bank robbery.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 2nd day of January, 2020
at Knoxville, Tennessee.

_____
EMILY L. CIARAVINO
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this 2nd day of January, 2020.

_____
Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE

4

**ATTACHMENT A**

Surveillance photographs of Timothy A. Jennings from the Tennessee State Bank located at 3314 Chapman Highway, Knoxville, Tennessee.



5

**ATTACHMENT B**

Criminal Booking Photograph of Timothy A. Jennings:



6